BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:12-CR-00265-LJO-SKO |
| | ) | |
| Plaintiff, | ) | ORDER FOR FORFEITURE |
| | ) | MONEY JUDGMENT |
| v. | ) | |
| | ) | |
| APRIL LYNN MYLES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Based upon the United States' Application for Forfeiture Money
Judgment and the plea agreement entered into between plaintiff
United States of America and defendant April Lynn Myles,

IT IS HEREBY ORDERED that

1.   The defendant April Lynn Myles shall forfeit to the United
States the sum of $80,000.00 and that the Court imposes a personal
forfeiture money judgment against defendant in that amount.

2.   Any funds applied towards such judgment shall be forfeited
to the United States of America and disposed of as provided for by
law.  Prior to the imposition of sentence, any funds delivered to
the United States to satisfy the personal money judgment shall be
seized and held by the United States Marshals Service, in its secure

1  custody and control.

2      3.    This Order of Forfeiture shall become final as to the

3  defendant at the time of sentencing and shall be made part of the

4  sentence and included in the judgment.

5      4.    The United States may, at any time, move pursuant to Rule

6  32.2(e) to amend this Order of Forfeiture to substitute property

7  having a value not to exceed $80,000.00 to satisfy the money

8  judgment in whole or in part.

9  IT IS SO ORDERED.

10  **Dated:   March 13, 2013         /s/  Lawrence J. O'Neill**
                                  UNITED STATES DISTRICT JUDGE